1  Steven L. Yarmy, Esq.
   Nevada Bar No. 8733
2  Citizens for Consumers Rights
   1500 E. Tropicana Ave, Suite 102
3  Las Vegas, Nevada 89148
   (702) 967-0442
4  (702) 586-3690 FAX
5  sly@stevenyarmylaw.com

6  *Attorney for Plaintiffs*
   *Pro Bono*
7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10

11  LAZARO & MIREYA SARDINAS,            Case No.: 2:10-cv-501-JCM-RJJ

12                      Plaintiffs,

13  vs.                                  **STIPULATION AND ORDER FOR
                                         DISMISSAL OF ALL DEFENDANTS**
14  SECRETARY OF THE TREASURY, Timothy
    Geithner, BANK OF AMERICA NA, BAC
15  HOME LOANS SERVICING LP, successors
    and/or assigns, MALCOMB CISNEROS,
16  Attorneys for Taylor, Bean and Whitaker
    Mortgage Corporation, TAYLOR BEAN AND
17  WHITAKER MORTGAGE CORPORATION,
    a Florida Corporation, its successors and/or
18  assigns, DIRECT ACCESS LLC,  d/b/a
    DIRECT  ACCESS LENDING, a Nevada
19  Limited Liability Company, JILL
    HIRONIMUS-LAND, an individual,
20  MICHELLE LAPADU, an individual,
    MERSCORPS, INC, d/b/a MORTAGE
21  ELECTRONIC REGISTRATION SYSTEMS,
    a Delaware corporation, GINNIE MAE, real
22  party in interest, and DOES 1-50, et al,

23                      Defendants,

24

25

26

27      IT IS HEREBY STIPULATED by Plaintiff LAZARO & MIREYA SARDINAS, by and

28  through their attorney of record, Steven L. Yarmy of Citizens for Consumer's Rights that this case

                                      - 1 -

1  shall be dismissed as to all defendants with prejudice, and each party to bear their own attorney fees

2  and costs.

3  DATED: JULY 14, 2010

4  CITIZENS FOR CONSUMER'S RIGHTS

5

6

7  By /s/ Steven L. Yarmy

8  Steven L. Yarmy, Esq
   Nevada Bar No. 8733
9  Citizens for Consumers Rights
   1500 E. Tropicana Ave, Suite 102
10 Las Vegas, Nevada 89148
11 (702) 967-0442
   (702) 586-3690 FAX
12 sly@stevenyarmylaw.com

13

14 DATED: _____

15 JILL HIRONIMUS-LAND

16

17 By _____

18 Jill Hironimus-Land

19 10788 Callington Way

20

21 Las Vegas, Nevada 89183

22

23

24

25

26

27

28

DATED: July 26, 2010

Smith Larsen & Wixom

By _____

Jordan J. Butler, Esq.
1935 Village Center Circle
Las Vegas, NV 89134
Attorney for Michelle Lapadu

1   shall be dismissed as to all defendants with prejudice, and each party to bear their own attorney fees

2   and costs.

3   DATED: JULY 14, 2010                                          DATED: _____

4   CITIZENS FOR CONSUMER'S RIGHTS                    Smith Larsen & Wixom

5

6

7   By /s/ Steven L. Yarmy_____                          By _____

8   Steven L. Yarmy, Esq                                              Jordan J. Butler, Esq.
    Nevada Bar No. 8733                                               1935 Village Center Circle
9   Citizens for Consumers Rights                                Las Vegas, NV 89134
    1500 E. Tropicana Ave, Suite 102                          Attorney for Michelle Lapadu
10  Las Vegas, Nevada 89148
11  (702) 967-0442
    (702) 586-3690 FAX
12  sly@stevenyarmylaw.com

13

14  DATED: _7/16/2010_____

15  JILL HIRONIMUS-LAND

16

17  By _____

18  Jill Hironimus-Land

19
    10788 Callington Way
20
    Las Vegas, Nevada 89183
21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the Stipulation by and between the parties and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint is hereby dismissed as to all defendants with prejudice with each party to bear their own attorney fees and costs.

**IT IS SO ORDERED**

DATED this 9th day of August, 2010.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

CITIZENS FOR CONSUMER'S RIGHTS

By: /s/ Steven L. Yarmy

Steven L. Yarmy, Esq.
Nevada Bar No. 8733
Citizens for Consumers Rights
1500 E. Tropicana Ave, Suite 102
Las Vegas, Nevada 89148
(702) 967-0442
(702) 586-3690 FAX
sly@stevenyarmylaw.com